TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00480-CV

Robert Sykes, Appellant

v.

Distribution Dynamics, Inc. and Applied Materials, Inc., Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,

NO. 246,585, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 Because appellant Robert Sykes's Notice of Appeal was not timely filed, we will
dismiss this appeal for want of jurisdiction. See Tex. R. App. P. 26.1.

 Appellant is appealing the trial court's Order of Abatement, signed on August 3,
1999 making his Notice of Appeal due on or before September 2, 1999. See id. The Notice of
Appeal was not filed until January 5, 2000.

 By letter dated August 1, 2000, the Clerk of this Court informed all parties that the
Notice of Appeal did not appear to have been timely filed, and offered appellant the opportunity
to tender a motion by August 11, 2000 supported by proof of appellant's good faith and provide
a reasonable explanation for filing the notice of appeal late. Otherwise, the appeal would be
dismissed. See id. 42.3. Thus far appellant has failed to respond.

 Accordingly, we dismiss this appeal for want of jurisdiction.

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: August 31, 2000

Do Not Publish